*E-Filed 11/29/10*

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE JAIMES-AVILA,<br><br>    Defendant. | No. CR 10-0798 RS<br><br>[~~PROPOSED~~] **ORDER EXCLUDING TIME FROM NOVEMBER 23, 2010 TO DECEMBER 14, 2010** |

    The parties appeared before the Honorable Richard Seeborg on November 23, 2010 for their initial appearance before the district court.  With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

    1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 23, 2010 to December 14, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery with the defendant.

    2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from November 23, 2010 to December 14, 2010, outweigh the best interest

ORDER EXCLUDING TIME
CR 10-0798 RS

1  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
3  from November 23, 2010 to December 14, 2010, be excluded from Speedy Trial Act calculations
4  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

6      IT IS SO STIPULATED.

8  DATED: November 23, 2010            /s/
                                          SHAWN HALBERT
9                                            Counsel for Jose Jaimes-Avila

11 DATED: November 23, 2010            /s/
                                          BRIAN C. LEWIS
12                                           Assistant United States Attorney

14     IT IS SO ORDERED.

17 DATED: 11/29/10                       [signature]
                                          RICHARD SEEBORG
18                                           United States District Judge