BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Jose Jaimes-Avila

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00798 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS APPEARANCE FROM DECEMBER 14, 2010 TO JANUARY 18, 2011 AND EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| ) | |
| JOSE JAIMES-AVILA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

The parties are scheduled to appear before this Court on December 14, 2010 at 2:30 p.m. for a status appearance. At the time this matter was set, defense counsel was aware that she would be in trial but did not know that the trial day would extend until 4:30 p.m.; thus, she has learned that she is unavailable for the scheduled court appearance. Further, the government has committed to provide further discovery to the defense which is necessary for the defense to proceed in the case. Defense counsel anticipates being in trial on December 21, 2010 and out of the office on December 28, 2010 and January 4, 2010. In order to give the defense sufficient time to review discovery that will be produced in the future and to meet with her client, who is in custody, the defense requests that the

STIP. & ORDER
No. CR 10-00798 RS                                          - 1 -

1  matter be continued to January 18, 2011 at 2:30 p.m.  The government has no objection to this

2  continuance.

3      The parties also agree that the time between December 14, 2010 and January 18, 2011 should

4  be excluded under the Speedy Trial Act; the continuance is necessary for continuity of defense

5  counsel and effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the

6  ends of justice served by granting such a continuance outweigh the best interests of the public and

7  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8  SO STIPULATED:

9                          MELINDA HAAG
                        United States Attorney

10  DATED: December 13, 2010               /s/

11                          BRIAN LEWIS
                        Assistant United States Attorney

12  DATED:  December 13, 2010             /s/

13                          SHAWN HALBERT
                        Assistant Federal Public Defender

14

15  **[PROPOSED] ORDER**

16      For the reasons stated above, the Court finds that the continuance of the next hearing before this

17  Court from December 14, 2010 to January 18, 2011 is warranted.  Further, the Court finds that an

18  exclusion of time under the Speedy Trial Act between  December 14, 2010 and January 18, 2011 is

19  appropriate because the failure to grant the requested continuance would deny the defendant

20  continuity of counsel and effective preparation of counsel; thus, the ends of justice served by the

21  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

22  3161 (h)(7)(A), (h)(7)(B)(iv).

23  SO ORDERED.

24  DATED: 12/13/10                                                                

25                                    THE HONORABLE RICHARD SEEBORG
                                  United States District Court

26