*E-Filed 3/29/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-0798 RS |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] STIPULATED ORDER CONTINUING SENTENCING |
| v. | ) | |
| | ) | |
| JOSE JAIMES-AVILA, | ) | |
| | ) | **Current Hearing Date:** |
| Defendant. | ) | Tuesday, April 5, 2011 at 2:30 p.m. |
| | | |
| | | **Proposed Sentencing Date:** |
| | | Tuesday, April 12, 2011 at 2:30 p.m. |

The defendant Jose Jaimes-Avila is currently scheduled for sentencing on a Section 1326 "fast track" disposition. Mr. Jaimes-Avila was previously represented by AFPD Shawn Halbert, and is now represented by AFPD Steven Kalar while Ms. Halbert is on leave.

In this stipulated order, AFPD Kalar represents that he has a pre-scheduled conflict with the April 5, 2011 hearing and had planned to be out of the office on that date before the case was reassigned. The defense therefore requests that the sentencing hearing be continued one week, to Tuesday, April 12, 2011 at 2:30 p.m..

The government has no objection to this request.

Therefore, for good cause shown the sentencing hearing now scheduled for April 5, 2011 is vacated. The matter shall be added to the Court's criminal calendar on Tuesday,

*U.S. v. Jaimes-Avila*, CR 10-0798 RS
ORD. CONT. SENT.

April 12, 2011 at 2:30 p.m. for sentencing.

IT IS SO ORDERED.

<u>3/29/11</u>
DATED

RICHARD SEEBORG
United States District Court Judge

IT IS SO STIPULATED.

<u>March 29, 2011</u>
DATED

   <u>/s</u>
MELINDA HAAG
United States Attorney
Northern District of California
LOWELL POWELL
Assistant United States Attorney

<u>March 29, 2011</u>
DATED

   <u>/s</u>
BARRY J. PORTMAN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*U.S. v. Jaimes-Avila*, CR 10-0798 RS
ORD. CONT. SENT.

2